# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-2142

Spirit Lake Tribe, on its own behalf and on behalf of its members, et al.

Appellees

Dorothy Herman

v.

Alvin Jaeger, in his official capacity as the North Dakota Secretary of State

Appellant

United States of America

Interested Party

---

Appeal from U.S. District Court for the District of North Dakota - Western
(1:18-cv-00222-DLH)
(1:16-cv-00008-DLH)

---

**MANDATE**

In accordance with the opinion and judgment of 07/16/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 07, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit